UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRITTANI UNDERWOOD, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.

**DIVERSIFIED CONSULTANTS, INC., PINNACLE CREDIT SERVICES, LLC, and JOHN DOES 1-25,**

    Defendants.

Case No: 8:18-cv-1190-T-35MAP

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal, (Dkt. 16), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 17th day of September, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party